UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:03-CR-58(01) |
| | ) | |
| WILLIAM HENRY SMITH III | ) | |

OPINION AND ORDER

Defendant, William Henry Smith, III, filed a notice of appeal challenging the court's order of April 23, 2008 [Doc. No. 117] and a motion to proceed *in forma pauperis* on appeal [Doc. No.121].  The court denied the *in forma pauperis* motion on May 21, 2008 [Doc. No. 122], but on June 9, 2008, Mr. Smith renewed his motion using an identical form.  To the extent Mr. Smith seeks relief from this court, his second motion for leave to proceed *in forma pauperis* on appeal [Doc. No. 123] is DENIED for the reasons set out in the court's May 21 order.

SO ORDERED.

ENTERED:   June 25, 2008

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court